# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ANGELO COICOU,**
Appellant,

v.

**STSTE OF FLORIDA,**
Appellee.

No. 4D21-2322

[January 13, 2022]

Appeal of order denying 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John Joseph Murphy, Judge; L.T. Case No. 12-16549CF10A.

Angelo Coicou, Live Oak, pro se, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***